

# Fourth Court of Appeals
## San Antonio, Texas

July 14, 2015

No. 04-15-00096-CV

**ALS 88 DESIGN BUILD LLC**,
Appellant

v.

**MOAB CONSTRUCTION CO.**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-03033
Honorable Gloria Saldana, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to August 14, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:    Tom Hall                           Regina Criswell
         Law Office of Thomas C. Hall, P.C.     Law Office of Regina Bacon Criswell
         115 East Travis Street, Suite 700        Carriage Place
         San Antonio, TX 78205              San Antonio, TX 78250